UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------X

IN RE:                                                          CHAPTER 11

CATSKILL DISTILLING CO., LTD.                    CASE NO. 19-36861 (CGM)

               Debtor.
------------------------------------------------------X

## ORDER AUTHORIZING USE OF CASH COLLATERAL AND FIXING MONTHLY ADEQUATE PROTECTION PAYMENT AMOUNTS

      The above named debtor, by its attorneys, GENOVA & MALIN, having moved this

Court for an Order (i) authorizing the use of cash collateral pursuant to 11 U.S.C. §363(c)(2)(B);

and (ii) fixing the adequate protection payment amount pursuant to 11 U.S.C. §361 to be paid by

the debtor to JEFF BANK, as set forth in the motion of the debtor, dated January 6, 2020, and

said motion having regularly come on to be heard on the 7th day of April, 2020 and upon reading

and filing of notice of said motion, dated January 6, 2020, and the application in support thereof

of said motion, and opposition being filed thereto by JEFF BANK, and upon the record made at

said hearing, and due deliberation having been had thereon,

      **NOW**, upon the motion of MICHELLE L. TRIER, attorney for the debtor, it is

      **ORDERED**, that the debtor is authorized to use the cash collateral in the ordinary course

of its business, up to and including May 6, 2020, as is set forth in Exhibit "B" of the debtor's

application; and it is further

      **ORDERED,** that JEFF BANK be granted continuing liens and security interests in the

debtor's assets and the cash collateral to the same extent, validity and priority as JEFF BANK

held prior to the filing of the debtor's Chapter 11 petition.



**/s/ Cecelia G. Morris**

_____

**Dated: April 8, 2020**          **Hon. Cecelia G. Morris**
**Poughkeepsie, New York**          **Chief U.S. Bankruptcy Judge**