UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
IN RE:                                                                           CHAPTER 11

CATSKILL DISTILLING CO., LTD.,                              CASE NO.: 19-36861 (CGM)

              Debtor.
-------------------------------------------------------X
STATE OF NEW YORK    )
                                              )ss.:
COUNTY OF DUTCHESS )

      I, Elena Caldiero, being sworn, say:

      I am not a party to this action, am over 21 years of age and reside in Wappingers Falls, New York.

      On June 15, 2020, I served a copy of <u>Notice of Motion, Motion, Exhibits, Memorandum of Law and Proposed Order Authorizing Debtor to Sell Property Free and Clear of Liens</u> by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

      SEE ATTACHED LIST OF ALL CREDITORS AND INTERESTED PARTIES

                                              /s/ Elena Caldiero
                                              ELENA CALDIERO

Sworn to before me on this 15th
day of June, 2020

/s/ Michelle L. Trier
Michelle L. Trier
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires: 2/27/2024

```
Label Matrix for local noticing        AmTrust North America, Inc. on behalf of Am    Catskill Distilling Company, Ltd.
0208-4                                                                                  P.O Box 5
Case 19-36861-cgm                                                                       Bethel, NY 12720-0005
Southern District of New York
Poughkeepsie
Mon Jun 15 09:34:39 EDT 2020

Cochecton Mills Inc                    Jeff Bank                                        The Law Offices of Neal Brickman, P.C.
30 Depot Road                          4864 State Route 52                              420 Lexington Avenue, Suite 2440
Cochecton, NY 12726-5221               Jeffersonville, NY 12748-5558                    New York, NY 10170-0018


Poughkeepsie Division                  A.N. MARTIN SYSTEMS LLC                          ACME CASH REGISTER COMPANY
355 Main Street                        1110 CLYDE MARENGO BLVD.                         238 MAIN STREET
Poughkeepsie, NY 12601-3315            CLYDE, NY 14433-9581                             JOHNSON CITY, NY 13790-2406


AIS Portfolio Services                 AMTRUST NORTH AMERICA                            ANTON PAAR USA
attn: BMW Bank of North America        P.O. BOX 6939                                    10215 RIMBER RIDGE DRIVE
4515 N Santa Fe Ave Dept APS           CLEVELAND, OH 44101-1939                         ASHLAND, VA 23005-8135
Oklahoma City, OK 73118-7901


AUDREY COHEN                           Alcohol & Tobacco Tax & Trade Bureau             Alcohol Tobacco Tax & Trade Bureau
P.O. BOX 429                           Daniel Peralta                                   550 Main Street
KAUNEONGA LAKE, NY 12749-0429          Senior Counsel (Field Operations)                8002 Federal Office Building
                                       1301 Clay Street, Suite 650N                     Cincinnati, OH 45202-5215
                                       Oakland, CA 94612-5251


Alcohol and Tobacco Tax and Trade Bureau    AmTrust North America, Inc. on behalf of    American Express National Bank
1301 Clay Street                       AmTrust Insurance Company of Kansas Inc          c/o Becket and Lee LLP
Suite 650N                             c/o Maurice Wutscher LLP                         PO Box 3001
Oakland, CA 94612-5251                 23611 Chagrin Blvd. Suite 207                    Malvern PA 19355-0701
                                       Beachwood, OH 44122-5540


Anton Paar USA, Inc.                   B. FREEMAN PLUMBING & HEATING, INC.              BMW BANK OF NORTH AMERICA
10215 Timber Ridge Drive               P.O. BOX 383                                     PO BOX78066
Ashland, VA 23005-8135                 GRAHAMSVILLE, NY 12740-0383                      PHOENIX, AZ 85062-8066


BMW Bank                               BOLD GOLD MEDIA GROUP                            BUZZ NATION INC.
4515 N Santa Fe Ave. Dept. APS         575 GROVE STREET                                 7810 SW 85TH STREET
Oklahoma City, OK 73118-7901           HONESDALE, PA 18431-1041                         MIAMI, FL 33143-3739


CATSKILL-DELAWARE PUBLICATIONS, INC.   (p)JPMORGAN CHASE BANK N A                       CITI CARDS
P.O. BOX 308                           BANKRUPTCY MAIL INTAKE TEAM                      ATTN:PRESIDENT
CALLICOON, NY 12723-0308               700 KANSAS LANE FLOOR 01                         PO BOX 70166
                                       MONROE LA 71203-4774                             PHILADELPHIA, PA 19176-0166


COCHECTON MILLS                        COUNTY OF SULLIVAN                               Cindy Herbert
ATTN: PRESIDENT                        548 BROADWAY                                     PO Box 151
30 DEPOT ROAD                          MONTICELLO, NY 12701-1154                        Hortonville, NY 12745-0151
COCHECTON, NY 12726-5221
```

| | | |
|---|---|---|
| DANA FUSCO<br>17 ORANGE AVENUE<br>SMALLWOOD, NY 12778 | DC FABRICATING & WELDING INC<br>17 RADCLIFF ROAD<br>FERNDALE, NY 12734-5300 | DISCOVER<br>ATTN: PRESIDENT<br>PO BOX 71084<br>CHARLOTTE, NC 28272-1084 |
| ESTAL USA<br>2793 NAPA VALLEY CORPORATE DRIVE<br>NAPA, CA 94558-6216 | FEDWAY ASSOCIATES, INC.<br>P.O. BOX 651<br>BASKING RIDGE, NJ 07920-0651 | GIANT<br>139 WILDCAT ROAD<br>MONTICELLO, NY 12701-4126 |
| GLAMOUR PRODUCTIONS<br>P.O. BOX 1098<br>DUNEDIN, FL 34697-1098 | HARTLEY & PARKER LIMITED, INC.<br>100 BROWNING STREET<br>STRATFORD, CT 06615-7170 | HORIZON BEVERAGE CO.<br>15 COMMERCE WAY<br>NORTON, MA 02766-3329 |
| Handel & Carlini, LLP<br>Attn: Anthony C. Carlini, Jr., Esq.<br>1984 New Hackensack Road<br>Poughkeepsie, New York 12603-4351 | INTEGRITEC INC.<br>5093 N. LEHICH GORGE DRIVE<br>WHITE HAVEN, PA 18661 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JEFF BANK<br>PO BOX 398<br>JEFFERSONVILLE, NY 12748-0398 | JEFF SANITATION<br>P.O. BOX 387<br>JEFFERSONVILLE, NY 12748-0387 | JULIUS COHEN<br>P.O. BOX 425<br>WHITE LAKE, NY 12786-0425 |
| ~~Jeff Bank<br>c/o Hodgson Russ LLP<br>Attn: Richard L. Weisz, Esq.<br>677 Broadway, Suite 301<br>Albany, New York 12207-2986~~ | Julius Cohen Trust A UW<br>403 Naylor Road<br>PO Box 425<br>White Lake, NY 12786-0425 | KAUNEONGA LAKE SEWER<br>P.O. BOX 340<br>KAUNEONGA LAKE, NY 12749-0340 |
| KEYBANK<br>PO BOX 94955<br>CLEVELAND, OH 44101-4955 | ~~KIERNAN HERNER, LLP<br>105 DANBURY ROAD<br>SUITE 103<br>RIDGEFIELD, CT 06877-4148~~ | Key Bank s/b/m First Niagara Bank NA<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| Kiernan Herner LLP<br>26 Catoonah Street<br>PO Box 209<br>Ridgefield, CT 06877-0209 | Law Offices of Peter H Jagel PC<br>2846 State Route 42<br>Forestburgh, NY 12777 | ~~Lewis D. Wrobel, Esq,<br>1984 New Hackensack Road<br>Poughkeepsie, NY 12603-4351~~ |
| M&K LANSCAPING OF LIBERTY<br>25 STEIGLITZ ROAD<br>LIBERTY, NY 12754-3110 | MACARAN PRINTED PRODUCTS<br>18 NEW COURTLAND STREET<br>COHOES, NY 12047-2628 | MG MARKETING CONSULTING<br>C/O ANNA BABUDER<br>888 BISCAYNE BLVD. UNIT 3308<br>MIAMI, FL 33132-1517 |
| MONAHAN DESIGN<br>P.O. BOX 151<br>HORTONVILLE, NY 12745-0151 | MONTE SACHS<br>403 NAYLOR ROAD<br>P.O. BOX 514<br>WHITE LAKE, NY 12786-0514 | Maddocks Collections Services LLC<br>980 Broadway<br>Suite 243<br>Thornwood, NY 10594-1139 |

| | | |
|---|---|---|
| NADIA GARDON<br>113 PARK DRIVE<br>MOUNT KISCO, NY 10549-1118 | ~~NEAL BRICKMAN, ESQ.~~<br>~~THE GRAYBAR BUILDING~~<br>~~420 LEXINGTON AVENUE, SUITE 2440~~<br>~~NEW YORK, NY 10170-0018~~ | NYS DEPT. OF TAX & FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| OK KOSHER CERTIFICATION<br>391 TROY AVENUE<br>BROOKLYN, NY 11213-5322 | Osage Piping & Fabricating Inc.<br>85 Industrial Road<br>Highspire, PA 17034-1137 | PB TRADING INC.<br>1804 PANET<br>MONTREAL, QC H2L 2Z9 |
| PEPSI COLA OF THE HUDSON VALLEY<br>P.O. BOX 36249<br>NEWARK, NJ 07188-6249 | ~~PETER H. JAGEL, PC~~<br>~~2841 STATE ROUTE 42~~<br>~~FORESTBURGH, NY 12777-6247~~ | PN FIRE & BURGLAR ALARM CO., INC.<br>31 NORTH STREET<br>MONTICELLO, NY 12701-1709 |
| PROSPERO EQUIPMENT CORP.<br>123 CASTLETON STREET<br>PLEASANTVILLE, NY 10570-3405 | RANDY FREEMAN ENT.<br>19676 STAPLIN ROAD<br>BLACK RIVER, NY 13612-2172 | RBT, LLC, CPA<br>11 RACQUET ROAD<br>P.O. BOX 10009<br>NEWBURGH, NY 12552-0009 |
| RICHARD STOLOFF, ESQ.<br>ATTORNEY FOR MONTE SACHS<br>P.O. BOX 1129<br>MONTICELLO, NY 12701-8129 | RICHARD WEISZ, ESQ.<br>HODGSON RUSS LLP<br>677 BROADWAY, SUITE 301<br>ALBANY, NY 12207-2986 | RITA DAILENKO<br>9595 COLLINS AVENUE<br>APT. 706N<br>MIAMI BEACH, FL 33154-2618 |
| RIVIERA PRODUCE<br>BOX/CALL #6065<br>ENGLEWOOD, NJ 07631 | SCANCARELLO & SONS<br>P.O. BOX 446<br>MONROE, NY 10949-0446 | SIEMENS FINANCIAL SERVICES<br>301 LINDENWOOD DRIVE, SUITE 215<br>MALVERN, PA 19355-1774 |
| SILVERMAN MECHANICAL CORP<br>P.O. BOX 446<br>MONGAUP VALLEY, NY 12762-0446 | SOMESIGNS<br>P.O. BOX 148<br>MONTICELLO, NY 12701-0148 | SOUTHERN WINE & SPIRITS FO UPSTATE NY<br>P.O. BOX 279370<br>HOLLYWOOD, FL 33027-9370 |
| SPECTRUM / TIME WARNER<br>P.O. BOX 742663<br>CINCINNATI, OH 45274-2663 | ~~STACY COHEN~~<br>~~P.O. BOX 425~~<br>~~WHITE LAKE, NY 12786-0425~~ | STAPLES CREDIT PLAN<br>DEPT. 51- 7862617106<br>PO BOX 78004<br>PHOENIX, AZ 85062-8004 |
| STRUM MEDIA INC.<br>200 SUMMIT LAKE DRIVE, 4TH FLOOR<br>VALHALLA, NY 10595-1338 | SULLIVAN COUNTY PLANNING<br>LOAN ADMINSTRATION REVOLVING LOAN FUND<br>100 HIGH STREET<br>MONTICELLO, NY 12701 | SULLIVAN COUNTY SEPTIC SERVICE INC.<br>P.O. BOX 187<br>WHITE LAKE, NY 12786-0187 |
| SULLIVAN COUNTY VISITORS ASSOCIATION<br>4311 100 SULLIVAN AVENUE<br>SUITE 2<br>FERNDALE, NY 12734 | Siemens Financial Services, Inc.<br>c/o Phillips Lytle LLP<br>Attn:  Todd A. Ritschdorff<br>Omni Plaza, 30 South Pearl Street<br>Albany, NY 12207-1537 | Some Signs<br>c/o Barry Somerville<br>PO Box 148<br>Monticello, NY 12701-0148 |

| | | |
|---|---|---|
| State of New York<br>Dept of Labor-UI Insurance Division<br>Gov WA Harriman State Office Building Ca<br>Building 12, Room 256<br>Albany, NY 12240-0001 | Stephen C. Cazabadian, Esq<br>500 West Cummings Park, Suite 2425<br>Woburn, MA 01801-6535 | Sullivan County Division of Planning<br>100 North Street<br>Monticello, NY 12701-1163 |
| Sullivan County Industrial Development Agenc<br>c/o Wilson Elser LLP<br>attn: Mark G. Ledwin<br>1133 Westchester Ave<br>White Plains, NY 10604-3516 | THOMAS STRUZZIERI<br>319 MAIN STREET<br>SAUGERTIES, NY 12477-1330 | Timur Akilov<br>244 Madison Avenue<br>Suite 770<br>New York, NY 10016-2817 |
| UNITED HEATING & AIR CONDITIONG INC.<br>1080 IMPORT ROAD<br>PITTSTON, PA 18640 | UNITED RESTORATION & PAINTING INC.<br>P.O. BOX 461<br>WHITE LAKE, NY 12786-0461 | Uline, Inc.<br>1275 Uline Drive<br>Pleasant Prarie, WI  53158 |
| United Heating & Air Conditioning, Inc.<br>152 South Franklin Street<br>Wilkes Barre, PA 18701-3036 | United Restoration & Painting, Inc.<br>c/o Horacio Piccaluga<br>2194 River Road<br>Damascus, PA 18415-3005 | United States Trustee<br>Office of the United States Trustee<br>11A Clinton Ave.<br>Room 620<br>Albany, NY 12207-2370 |
| VALLEY WATER SERVICES LLC<br>369 STATE ROUTE 52A<br>CALLICOON, NY 12723-5934 | VERIZON<br>PO BOX 15124<br>ALBANY, NY 12212-5124 | WYDE LUMBER & SUPPLY CORP,<br>P.O. BOX 39<br>MONGAUP VALLEY, NY 12762-0039 |
| William L. Byrne<br>152 South Franklin Street<br>Wilkes Barre, PA 18701-3036 | Michelle L Trier<br>Genova & Malin<br>Hampton Business Center<br>1136 Route 9<br>Wappingers Falls, NY 12590-4905 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CHASE
PO BOX 24696
COLUMBUS, OH 43224-0696

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMW Bank of North America | (u)Clerk of Court, United States Bankruptcy C | (u)County of Sullivan Industrial Developme |