UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
--------------------------------------------------------X
IN RE:                                                      **CHAPTER 11**

CATSKILL DISTILLING CO., LTD,                               **CASE NO.: 19-36861 (CGM)**

                Debtor.
--------------------------------------------------------X
STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF DUTCHESS   )

       I, Elena Caldiero, being sworn, say:

       I am not a party to the action, am over 18 years of age and reside at Hopewell Junction, New York.

       On June 15, 2020, I served a copy of the within **NOTICE OF MOTION TO SCHEDULE EXPEDITED HEARING, MOTION, EXHIBITS, AND PROPOSED ORDER** by depositing a true copy thereof enclosed in a postage paid FedEx wrapper, with an official FedEx overnight courier, addressed to each of the following persons at the last known address set forth after each name:

**SEE LIST OF ALL CREDITORS AND INTERESTED PARTIES ANNEXED HERETO**


                           /s/ Elena Caldiero
                           ELENA CALDIERO

Sworn to before me this
15th day of June, 2020

/s/ Michelle L. Trier
MICHELLE L. TRIER
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 2/27/2024

Label Matrix for local noticing
0208-7
Case 19-36861-cgm
Southern District of New York
Poughkeepsie
Mon Jun 15 09:34:39 EDT 2020

AmTrust North America, Inc. on behalf of Am

Catskill Distilling Company, Ltd.
P.O Box 5
Bethel, NY 12720-0005

Cochecton Mills Inc
30 Depot Road
Cochecton, NY 12726-5221

Jeff Bank
4864 State Route 52
Jeffersonville, NY 12748-5558

The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue, Suite 2440
New York, NY 10170-0018

Poughkeepsie Division
355 Main Street
Poughkeepsie, NY 12601-3315

A.N. MARTIN SYSTEMS LLC
1110 CLYDE MARENGO BLVD.
CLYDE, NY 14433-9581

ACME CASH REGISTER COMPANY
238 MAIN STREET
JOHNSON CITY, NY 13790-2406

AIS Portfolio Services
attn: BMW Bank of North America
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

AMTRUST NORTH AMERICA
P.O. BOX 6939
CLEVELAND, OH 44101-1939

ANTON PAAR USA
10215 RIMBER RIDGE DRIVE
ASHLAND, VA 23005-8135

AUDREY COHEN
P.O. BOX 429
KAUNEONGA LAKE, NY 12749-0429

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612-5251

Alcohol Tobacco Tax & Trade Bureau
550 Main Street
8002 Federal Office Building
Cincinnati, OH 45202-5215

Alcohol and Tobacco Tax and Trade Bureau
1301 Clay Street
Suite 650N
Oakland, CA 94612-5251

AmTrust North America, Inc. on behalf of
AmTrust Insurance Company of Kansas Inc
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anton Paar USA, Inc.
10215 Timber Ridge Drive
Ashland, VA 23005-8135

B. FREEMAN PLUMBING & HEATING, INC.
P.O. BOX 383
GRAHAMSVILLE, NY 12740-0383

BMW BANK OF NORTH AMERICA
PO BOX78066
PHOENIX, AZ 85062-8066

BMW Bank
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BOLD GOLD MEDIA GROUP
575 GROVE STREET
HONESDALE, PA 18431-1041

BUZZ NATION INC.
7810 SW 85TH STREET
MIAMI, FL 33143-3739

CATSKILL-DELAWARE PUBLICATIONS, INC.
P.O. BOX 308
CALLICOON, NY 12723-0308

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITI CARDS
ATTN:PRESIDENT
PO BOX 70166
PHILADELPHIA, PA 19176-0166

COCHECTON MILLS
ATTN: PRESIDENT
30 DEPOT ROAD
COCHECTON, NY 12726-5221

COUNTY OF SULLIVAN
548 BROADWAY
MONTICELLO, NY 12701-1154

Cindy Herbert
PO Box 151
Hortonville, NY 12745-0151

DANA FUSCO
17 ORANGE AVENUE
SMALLWOOD, NY 12778

DC FABRICATION & WELDING INC.
17 RADCLIFF ROAD
FERNDALE, NY 12734-5300

DISCOVER
ATTN: PRESIDENT
PO BOX 71084
CHARLOTTE, NC 28272-1084

ESTAL USA
2793 NAPA VALLEY CORPORATE DRIVE
NAPA, CA 94558-6216

FEDWAY ASSOCIATES, INC.
P.O. BOX 651
BASKING RIDGE, NJ 07920-0651

GIANT
139 WILDCAT ROAD
MONTICELLO, NY 12701-4126

GLAMOUR PRODUCTIONS
P.O. BOX 1098
DUNEDIN, FL 34697-1098

HARTLEY & PARKER LIMITED, INC.
100 BROWNING STREET
STRATFORD, CT 06615-7170

HORIZON BEVERAGE CO.
15 COMMERCE WAY
NORTON, MA 02766-3329

Handel & Carlini, LLP
Attn: Anthony C. Carlini, Jr., Esq.
1984 New Hackensack Road
Poughkeepsie, New York 12603-4351

INTEGRITEC INC.
5093 N. LEHICH GORGE DRIVE
WHITE HAVEN, PA 18661

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFF BANK
PO BOX 398
JEFFERSONVILLE, NY 12748-0398

JEFF SANITATION
P.O. BOX 387
JEFFERSONVILLE, NY 12748-0387

JULIUS COHEN
P.O. BOX 425
WHITE LAKE, NY 12786-0425

Jeff Bank
c/o Hodgson Russ LLP
Attn: Richard L. Weisz, Esq.
677 Broadway, Suite 301
Albany, New York 12207-2986

Julius Cohen Trust A UW
403 Naylor Road
PO Box 425
White Lake, NY 12786-0425

KAUNEONGA LAKE SEWER
P.O. BOX 340
KAUNEONGA LAKE, NY 12749-0340

KEYBANK
PO BOX 94955
CLEVELAND, OH 44101-4955

KIERNAN HERNER, LLP
195 DANBURY ROAD
SUITE 103
RIDGEFIELD, CT 06877-4148

Key Bank s/b/m First Niagara Bank NA
4910 Tiedeman Road
Brooklyn, OH 44144-2338

Kiernan Herner LLP
26 Catoonah Street
PO Box 209
Ridgefield, CT 06877-0209

Law Offices of Peter H Jagel PC
2846 State Route 42
Forestburgh, NY  12777

Lewis D. Wrobel, Esq.
1984 New Hackensack Road
Poughkeepsie, NY 12603-4351

M&K LANSCAPING OF LIBERTY
25 STEIGLITZ ROAD
LIBERTY, NY 12754-3110

MACARAN PRINTED PRODUCTS
18 NEW COURTLAND STREET
COHOES, NY 12047-2628

MG MARKETING CONSULTING
C/O ANNA BABUDER
888 BISCAYNE BLVD. UNIT 3308
MIAMI, FL 33132-1517

MONAHAN DESIGN
P.O. BOX 151
HORTONVILLE, NY 12745-0151

MONTE SACHS
403 NAYLOR ROAD
P.O. BOX 514
WHITE LAKE, NY 12786-0514

Maddocks Collections Services LLC
980 Broadway
Suite 243
Thornwood, NY 10594-1139

NADIA GARDON
113 PARK DRIVE
MOUNT KISCO, NY 10549-1118

NEAL BRICKMAN, ESQ.
THE GRAYBAR BUILDING
420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NY 10170-0918

NYS DEPT. OF TAX & FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

OK KOSHER CERTIFICATION
391 TROY AVENUE
BROOKLYN, NY 11213-5322

Osage Piping & Fabricating Inc.
85 Industrial Road
Highspire, PA 17034-1137

PB TRADING INC.
1804 PANET
MONTREAL, QC H2L 2Z9

PEPSI COLA OF THE HUDSON VALLEY
P.O. BOX 36249
NEWARK, NJ 07188-6249

PETER H. JAGEL, PC
2841 STATE ROUTE 42
FORESTBURGH, NY 12777-6247

PN FIRE & BURGLAR ALARM CO., INC.
31 NORTH STREET
MONTICELLO, NY 12701-1709

PROSPERO EQUIPMENT CORP.
123 CASTLETON STREET
PLEASANTVILLE, NY 10570-3405

RANDY FREEMAN ENT.
19676 STAPLIN ROAD
BLACK RIVER, NY 13612-2172

RBT, LLC, CPA
11 RACQUET ROAD
P.O. BOX 10009
NEWBURGH, NY 12552-0009

RICHARD STOLOFF, ESQ.
ATTORNEY FOR MONTE SACHS
P.O. BOX 1129
MONTICELLO, NY 12701-8129

RICHARD WEISZ, ESQ.
HODGSON RUSS LLP
677 BROADWAY, SUITE 301
ALBANY, NY 12207-2986

RITA DAILENKO
9595 COLLINS AVENUE
APT. 706N
MIAMI BEACH, FL 33154-2618

RIVIERA PRODUCE
BOX/CALL #6065
ENGLEWOOD, NJ 07631

SCANCARELLO & SONS
P.O. BOX 446
MONROE, NY 10949-0446

SIEMENS FINANCIAL SERVICES
301 LINDENWOOD DRIVE, SUITE 215
MALVERN, PA 19355-1774

SILVERMAN MECHANICAL CORP
P.O. BOX 446
MONGAUP VALLEY, NY 12762-0446

SOMESIGNS
P.O. BOX 148
MONTICELLO, NY 12701-0148

SOUTHERN WINE & SPIRITS FO UPSTATE NY
P.O. BOX 279370
HOLLYWOOD, FL 33027-9370

SPECTRUM / TIME WARNER
P.O. BOX 742663
CINCINNATI, OH 45274-2663

STACY COHEN
P.O. BOX 425
WHITE LAKE, NY 12786-0425

STAPLES CREDIT PLAN
DEPT. 51- 7862617106
PO BOX 78004
PHOENIX, AZ 85062-8004

STRUM MEDIA INC.
200 SUMMIT LAKE DRIVE, 4TH FLOOR
VALHALLA, NY 10595-1338

SULLIVAN COUNTY PLANNING
LOAN ADMINSTRATION REVOLVING LOAN FUND
100 HIGH STREET
MONTICELLO, NY 12701

SULLIVAN COUNTY SEPTIC SERVICE INC.
P.O. BOX 187
WHITE LAKE, NY 12786-0187

SULLIVAN COUNTY VISITORS ASSOCIATION
4311 100 SULLIVAN AVENUE
SUITE 2
FERNDALE, NY 12734

Siemens Financial Services, Inc.
c/o Phillips Lytle LLP
Attn: Todd A. Ritschdorff
Omni Plaza, 30 South Pearl Street
Albany, NY 12207-1537

Some Signs
c/o Barry Somerville
PO Box 148
Monticello, NY 12701-0148

State of New York
Dept of Labor-UI Insurance Division
Gov WA Harriman State Office Building Ca
Building 12, Room 256
Albany, NY 12240-0001

Stephen C. Gerbide, Esq.
500 West Cummings Park, Suite 2425
Woburn, MA 01801-6535

Sullivan County Division of Planning
100 North Street
Monticello, NY 12701-1163

Sullivan County Industrial Development Agenc
c/o Wilson Elser LLP
attn: Mark G. Ledwin
1133 Westchester Ave
White Plains, NY 10604-3516

THOMAS STRUZZIERI
319 MAIN STREET
SAUGERTIES, NY 12477-1330

Timur Akilov
244 Madison Avenue
Suite 770
New York, NY 10016-2817

UNITED HEATING & AIR CONDITIONG INC.
1080 IMPORT ROAD
PITTSTON, PA 18640

UNITED RESTORATION & PAINTING INC.
P.O. BOX 461
WHITE LAKE, NY 12786-0461

Uline, Inc.
1275 Uline Drive
Pleasant Prarie, WI  53158

United Heating & Air Conditioning, Inc.
152 South Franklin Street
Wilkes Barre, PA 18701-3036

United Restoration & Painting, Inc.
c/o Horacio Piccaluga
2194 River Road
Damascus, PA 18415-3005

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207-2370

VALLEY WATER SERVICES LLC
369 STATE ROUTE 52A
CALLICOON, NY 12723-5934

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

WYDE LUMBER & SUPPLY CORP,
P.O. BOX 39
MONGAUP VALLEY, NY 12762-0039

William L. Byrne
152 South Franklin Street
Wilkes Barre, PA 18701-3036

Michelle L Trier
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590-4905

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CHASE
PO BOX 24696
COLUMBUS, OH 43224-0696

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMW Bank of North America

(u)Clerk of Court, United States Bankruptcy C

(u)County of Sullivan Industrial Developmei