UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

                                                    **CHAPTER 11**

CATSKILL DISTILLING CO., LTD.,          **CASE NO. 19-36861 (CGM)**

                      Debtor.
-------------------------------------------------------X

## ORDER EXPUNGING CLAIM NO. 34

       The attorneys for the debtor in the above-referenced case, GENOVA & MALIN, having moved this Court for an Order Expunging Claim, as set forth in the Notice of Motion and Motion, dated May 8, 2020, and upon reading and filing of the Notice of said Motion and Motion, dated May 8, 2020, and after hearing MICHELLE L. TRIER, ESQ. on June 16, 2020, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

       **NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to 11 U.S.C. §502 and Federal Rule of Bankruptcy Procedure 3007, it is

       **ORDERED**, that Claim No. 34 filed by UNITED HEATING & AIR CONDITIONING, INC., on February 25, 2020, is hereby **expunged.**



                                                        /s/ Cecelia G. Morris

**Dated: June 19, 2020**
**Poughkeepsie, New York**                       **Hon. Cecelia G. Morris**
                                                        **Chief U.S. Bankruptcy Judge**